

**Signed and Filed: July 19, 2005**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No: 02-31521 TC |
| | ) |
| ALEXIS MAGER LAKUSTA, | ) |
| | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| _____ | ) |
| ALEXIS MAGER LAKUSTA, | ) |
| | ) Adv. Proc. No. 03-3549 TC |
| | ) |
| Plaintiff, | ) |
| | ) Date: July 22, 2005 |
| vs. | ) Time: 9:30 a.m. |
| | ) Ctrm: Hon. Thomas E. Carlson |
| MARK H. EVANS, | ) 235 Pine Street |
| | ) San Francisco, CA |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

### MEMORANDUM RE PLAINTIFF'S MOTION FOR
### AMENDMENT OF JUDGMENT UNDER RULE 60(b)

Plaintiff Alexis Lakusta filed and set for hearing a motion seeking reconsideration of this court's June 8, 2005 judgment in the above-entitled action.

Plaintiff asserts that this court erred in determining that the present lawsuit was barred under a prior settlement agreement, because that settlement agreement was intended to resolve a prior

MEMORANDUM RE PLAINTIFF'S MOTION FOR
AMENDMENT OF JUDGMENT UNDER RULE 60(b) -1-

1  lawsuit, not the present lawsuit.  This argument is unpersuasive

2  because the settlement agreement, which arose out of the same

3  transaction at issue in the present lawsuit, contained a release of

4  all known and unknown claims.

5       Plaintiff also asserts that the form of judgment submitted by

6  Defendant's counsel and later entered by the court was not properly

7  served upon Plaintiff and his counsel.  This argument is

8  unpersuasive.  The proposed form of judgment was served on

9  Plaintiff's counsel, and the judgment entered properly reflects the

10 court's decision.

11      The other grounds for relief raised in Plaintiff's motion do

12 not represent newly discovered evidence that could not have been

13 presented at the original trial, fraud upon the court, or any other

14 ground for relief from judgment recognized in Rule 60(b).

15      The court need not address whether Plaintiff has standing to

16 bring this motion without joinder by the chapter 7 trustee.

17      Oral argument could not cure the deficiencies in the motion,

18 would not be helpful to the court, and would only increase the cost

19 of these proceedings.

20                    **END OF MEMORANDUM**

21

22

23

24

25

26

27

28

**MEMORANDUM RE PLAINTIFF'S MOTION FOR
AMENDMENT OF JUDGMENT UNDER RULE 60(b)** -2-

**Court Service List**

2

3  Alexis Mager Lakusta
1259 El Camino Real, #245
4  Menlo Park, CA 94025

5  Catherine Schlomann Robertson, Esq.
Law Offices of Pahl & Gosselin
6  160 West Santa Clara Street, 14th Fl.
San Jose, CA 95113-1700

7
Charles E. Sims
8  P.O. Box 1247
Sonoma, CA 95476

9
Aron M. Oliner, Esq.
10 Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Fl.
11 San Francisco, CA 94105-2130

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28